Decided July 5, 2001

## JOSEPH GAYMON *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Gaymon's petition for certification for appeal from the Appellate Court, 63 Conn. App. 905 (AC 21044), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Richard F. Jacobson,* special assistant state's attorney, in opposition.

Decided July 5, 2001